IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEVI KADE NELSON,<br><br>Defendant. | CR 24-124-BLG-SPW<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 33). Defendant Levi Kade Nelson has been adjudged guilty as charged in the indictment and has admitted to its forfeiture allegation. Levi Kade Nelson's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d).

Accordingly, IT IS ORDERED that the motion (Doc. 33) is GRANTED;

IT IS FURTHER ORDERED that Levi Kade Nelson's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Taurus model 856, .38 Special caliber revolver (SN: ABK992264);

- Smith & Wesson, model M&P 9 Shield Plus, 9 mm caliber semi-automatic pistol (SN: JRN6750); and

1

- Any associated ammunition and accessories.

IT IS FURTHER ORDERED that the United States Marshals Service, the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 17th day of March, 2025.

SUSAN P. WATTERS, District Judge
United States District Court